UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE EARL STEPHENS,<br><br>  Plaintiff,<br><br>  v.<br><br>G. NEWSOM, et al.,<br><br>  Defendant. | No. 2:22-cv-01583-TLN-AC<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. (ECF Nos. 1, 2.) This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

On May 25, 2023, the magistrate judge issued findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 9.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 10.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued May 25, 2023 (ECF No. 9), are ADOPTED in full;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED, and

3. In light of Plaintiff's status as a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g), Plaintiff shall pay the filing fee in full prior to proceeding any further in this action, and he shall do so within thirty days of the date of this Order.

Date: June 20, 2023

_____
Troy L. Nunley
United States District Judge

2