UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE EARL STEPHENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. NEWSOM, et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-1583-TLN-AC<br><br><br>**ORDER** |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On June 21, 2023, the Court ordered Plaintiff to pay the filing fee in full prior to proceeding any further with this action, given that he is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g).  (*See* ECF No. 11.)  The Court gave Plaintiff thirty days to pay the fee in full.  *Id.* at 2.

　　　More than thirty days have passed, and Plaintiff did not pay the filing fee in full nor responded to the Court's order in any way.  Therefore, this matter will be dismissed.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is DISMISSED without prejudice for failure to pay the filing fee (*see* 28 U.S.C. § 1915(g)), and

2. The Clerk of Court is directed to close this case.

Date: August 4, 2023

_____
Troy L. Nunley
United States District Judge

2